# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 7, 2019

## NO. 03-17-00803-CR

**Michael Joseph Tilghman, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 274TH DISTRICT COURT OF HAYS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND KELLY
REVERSED AND REMANDED -- OPINION BY JUSTICE TRIANA;
DISSENTING OPINION BY JUSTICE KELLY**

This is an appeal from the judgment of conviction entered by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's judgment of conviction. Therefore, the Court reverses the district court's judgment of conviction and remands the case for further proceedings consistent with this opinion. The State shall pay all costs relating to this appeal, both in this Court and in the court below.